### MULCAHY v MUTACH

Ohio Appeals, 6th Dist, Ottawa Co .

Decided Nov 4, 1935

134

Graves & Duff, Port Clinton, and George C. Bryce, Port Clinton, for plaintiff in error.

True, Crawford & True, Port Clinton, and Moses Lane, Port Clinton, for defendant in error.

For full opinion see 5 OO 337; 51 Oh Ap 407.